

FILED & ENTERED

OCT 28 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Babak Kazemi Shirazi,<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.: 8:23-bk-10805-TA<br>Adv No: 8:23-ap-01109-SC<br><br>**ORDER CONTINUING HEARINGS ON: MOTION TO WITHDRAW ADMISSIONS DEEMED ADMITTED [DK. 105]; MOTION TO DISMISS ADVERSARY PROCEEDING [DK. 97]; ORDER TO SHOW CAUSE [DK. 71] AND PRETRIAL CONFERENCE** |
| Seyed Jafar Jafari,<br>Plaintiff(s),<br>v.<br>Babak Kazemi Shirazi,<br>Defendant(s). | Continued hearings on Motion to Withdraw Deemed Admissions, Motion to Dismiss and OSC:<br>Date:    January 20, 2026<br>Time:    1:30 PM<br>Courtroom: 5C<br><br>Continued Pretrial hearing:<br>Date:    February 17, 2026<br>Time:    1:30 PM<br>Courtroom: 5C |

The Court finds good cause to order as follows:

1. The Motion to Withdraw Admissions Deemed Admitted [Dk. 105] is CONTINUED from November 4, 2025, to January 20, 2026, at 1:30 p.m. A reply to the opposition, if any, however, remains due by October 28, 2025. No

-1-

further pleadings shall be permitted.

2. The Motion to Dismiss Adversary Proceeding [Dk. 97] is CONTINUED from November 12, 2025, to January 20, 2026, at 1:30 p.m. All responsive pleading (i.e., opposition and reply) deadlines shall not be continued and shall remain as if the hearing were to proceed on November 12, 2025. Other than such pleadings, no further pleadings shall be permitted.

3. The hearing on the Order to Show Cause [Dk. 71] is CONTINUED from December 11, 2025, to January 20, 2026, at 1:30 p.m.

4. The pretrial conference set for December 11, 2025, is CONTINUED to February 17, 2026, at 1:30 p.m., with a proposed pretrial statement due 14 days in advance.

These hearings have been continued in accordance with the Shutdown Plan, which was adopted by the Court pursuant to Volume 13, Chapter 2, Section 230.50 of the Guide to Judiciary Policy and the Office of General Counsel's memorandum dated October 13, 2023, to address a lapse in appropriations for the Judiciary. These hearings may be continued further, from time to time, in accordance with the Shutdown Plan. Pursuant to the Anti-Deficiency Act, certain work may continue during a lapse of appropriations if it involves an "emergenc[y] involving the safety of human life or the protection of property." If you believe that any of these matters constitute such an emergency, you may file a written application to be heard by the Court sooner than the specified continuation date.

**IT IS SO ORDERED.**

Date: October 28, 2025

Scott C. Clarkson
United States Bankruptcy Judge